THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.

 
 
 
 THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 The Nutt
 Corporation, d/b/a TNC Engineering, Respondents,
 v.
 Howell Road, LLC, Appellant.
 
 
 

Appeal From Spartanburg County
 J. Mark Hayes, II, Circuit Court Judge
Unpublished Opinion No. 2008-UP-195
Heard March 4, 2008  Filed March 20, 2008
AFFIRMED

 
 
 
 James A. Blair, III, of Greenville, for Appellant.
 Doug Smith, Shane W. Rogers, both of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  The
 Nutt Corporation, d/b/a TNC Engineering (The Nutt Corporation) filed this
 action against Howell Road, LLC (Howell).  Howell appeals the trial courts
 grant of partial summary judgment to the Nutt Corporation and the denial of
 Howells motion for summary judgment.  We affirm pursuant to Rule 220, SCACR,
 and the following authorities:  S.C. Code Ann. § 15-3-530(1) (2005) (a breach of contract action must be brought within three
 years from the date the action accrues); Ballenger
 v. Bowen, 313 S.C. 476, 476-77, 443
 S.E.2d 379, 380 (1994) (holding the denial of summary judgment is not
 directly appealable).   
AFFIRMED.
ANDERSON, SHORT, and THOMAS, JJ., concur.